# WASHINGTON NATIONAL BUILDING & LOAN ASSOCIATION OF WASHINGTON, D. C. *v.* HILL.

*Washington National Building & Loan Association of Washington, D. C. v. Pifer, ante, 434, applied and followed.*

No. 1805.    Submitted February 12, 1908.    Decided June 2, 1908.

HEARING on an appeal by the defendant from a decree of the Supreme Court of the District of Columbia granting the relief prayed for in a bill for the release of a deed of trust and for an accounting.                    *Affirmed.*

*Mr. M. J. Colbert* and *Mr. Edmund Brady* for the appellants.

*Mr. T. L. Jeffords* for the appellees.

Mr. Justice ROBB delivered the opinion of the Court:

The facts in this case do not differ materially from the facts in *Washington Nat. Bldg. & L. Asso. v. Pifer, ante,* 434, and the decree, therefore, must be affirmed, with costs, and it is so ordered.                    *Affirmed.*